

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Lukas Hale

No. 06-25-00116-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, and we direct the trial court to withdraw its oral order of October 15, 2025, requiring Hale to obtain the trial court's approval before filing a survival suit on behalf of Z.T.W.'s estate. The writ of mandamus will issue only if the trial court fails to comply within fourteen days.

RENDERED DECEMBER 3, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk